IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Collins, Candice G

Printed:  4/8/08

Case Number:  07 B 09578
Judge:  Wedoff, Eugene R
Filed:  5/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: September 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,262.00 |  |
| Secured: |  | 632.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 561.74 |
| Trustee Fee: |  | 68.16 |
| Other Funds: |  | 0.00 |
| Totals: | 1,262.00 | 1,262.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Damita G Buffington & Associates | Administrative | 2,125.00 | 561.74 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | United Auto Credit | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | United Auto Credit | Secured | 3,485.29 | 632.10 |
| 6. | Wells Fargo Bank | Secured | 7,963.80 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 110.00 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 254.53 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 212.17 | 0.00 |
| 10. | Cavalry Portfolio/Collection | Unsecured | 337.88 | 0.00 |
| 11. | Cavalry Portfolio/Collection | Unsecured | 369.40 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 111.74 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 122.32 | 0.00 |
| 14. | CB Accounts | Unsecured | 249.60 | 0.00 |
| 15. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | NCC Business Services | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 22. | Village of Glenwood | Unsecured |  | No Claim Filed |
| 23. | Wilber & Associates | Unsecured |  | No Claim Filed |
| 24. | Oxford Management Services | Unsecured |  | No Claim Filed |
| 25. | LVNV Funding | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Candice G | Case Number:  07 B 09578 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  5/25/07 |

$$\begin{array}{cc} \underline{\hspace{2cm}} & \underline{\hspace{2cm}} \\ \$\ 15{,}341.73 & \$\ 1{,}193.84 \end{array}$$

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 68.16 |
| | _____ |
| | $ 68.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____